# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 09-12480 |
| BILLY JO PORCHE | CHAPTER 13 |
| DEBTOR | SECTION "B" |

# **O R D E R**

This matter came before the Honorable Jerry a. Brown on January 20, 2010 on the hearing on confirmation of the Chapter 13 Plan and the objections to the same filed by Cresent Bank and Trust **(P-30)**, Internal Revenue Service **(P-44)** and Chapter 13 Trustee **(P-53)**;

**APPEARANCE:** **Anthony T. Marshall**
Counsel for Debtor

**Andrew Wiebelt**
Counsel for Chapter 13 Trustee

**Earl Sundmaker**
Counsel for Cresent Bank & Trust

**Glenn K. Schreiber**
Counsel for IRS

**IT IS ORDERED** that confirmation of the Debtor's proposed Chapter 13 Plan is hereby **DENIED.**

**IT IS FURTHER ORDERED** that this bankruptcy proceeding is hereby **DISMISSED** with prejudice and with a 109(g) finding prohibiting the Debtor from filing any bankruptcy proceeding for 180 days from the signing of this Order.

New Orleans, Louisiana, January 21, 2010.

Jerry A. Brown
U.S. Bankruptcy Judge